IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **DAVID W. SMITH, II,** | * |
| Plaintiff, | * |
| v. | * Civil Case No.: SAG-23-1133 |
| **JOSEPH ANTONIO CARTAGENA,** *et al.*, | * |
| Defendants. | * |

## ORDER

For the reasons stated on the record at the motions hearing on this 30th day of January, 2024, it is ORDERED that:

(1) Defendants' Motions to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction, ECF 65, 66, 67, and 68, are GRANTED;

(2) The First Amended Complaint, ECF 63, is DISMISSED WITHOUT PREJUDICE in its entirety for lack of personal jurisdiction in Maryland over any of the named defendants; and

(3) The Clerk shall CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge